Mrs. Mable C. GARY,
Plaintiff-Appellant,

v.

NORTHERN BARGE LINE CO. et al., Defendants,

Frank A. Valls, Defendant-Appellee.

Mrs. Doris Rosemond WOODS, etc., et al., Plaintiffs-Appellants,

v.

NORTHERN BARGE LINE CO. et al., Defendants,

Frank A. Valls, Defendant-Appellee.

Ruth Wall WILLIAMS, etc., et al., Plaintiffs-Appellants,

v.

NORTHERN BARGE LINE CO. et al., Defendants,

Frank A. Valls, Defendant-Appellee.

No. 77–2126
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 23, 1977.

Jack C. Benjamin, New Orleans, La., for Gary, Woods and Williams.

A. Gordon Grant, Jr., New Orleans, La., for Williams.

Paul A. Nalty, J., Francois Allain, New Orleans, for appellee.

* Rule 18, 5 Cir., see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.

Before GOLDBERG, CLARK and FAY, Circuit Judges.

PER CURIAM:

The judgment below is affirmed on the basis of the district court's memorandum opinion published at 440 F.Supp. 260.

AFFIRMED.